ANNIE FISHER, RESPONDENT, v. TIDE WATER BUILDING COMPANY, APPELLANT.

Submitted December 5, 1921—Decided February 9, 1922.

On appeal from the Supreme Court, whose opinion is reported in 96 *N. J. L.* 103.

For the respondent, *D. Trueman Stackhouse.*

For the appellant, *Howard L. Miller.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Black in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, BERGEN, MINTURN, KALISCH, KATZENBACH, WILLIAMS, ACKERSON, VAN BUSKIRK, JJ.   10.

*For reversal*—GARDNER, J.   1.